IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARGARITO URIAS-RUBIO, a/k/a,
JOE ARRELANO ZAVILA,**

    Plaintiff,

vs.                                    No. 09-CV-381 BB/ACT

**LINCOLN COUNTY NARCOTICS UNIT,
LINCOLN COUNTY SHERIFF'S OFFICE,
LINCOLN COUNTY, NEW MEXICO,**

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United State Magistrate Judge. [Doc. No. 14.] Plaintiff did not file any objections.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court and that Defendants' Motion to Dismiss be granted and Plaintiff's Motion for Summary Judgment be denied.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint filed April 17, 2009, be dismissed with prejudice.

_____
**BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE**